AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Craig, Carla E. | U.S. Bankruptcy Court, E.D.N.Y | 10/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

271 Cadman Plaza E.
Suite 1595
Brooklyn, New York 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Kidspirit Magazine |
| 2. | Executor | Estates ▨ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▨ -partnership distribution |
| 2. | 2012 | Mt. Kellett Capital Management-deferred compensation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Institute of Credit/ Turnaround Management Association | 5/10/2012-5/11/2012 | Mohegan Sun, Uncasville, CT | Bankruptcy Seminar (teaching) | Hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mt. Kellett Capital Partners II LP | Commitment to make capital contributions to investment limited partnership | P1 |
| 2. | | Tuition obligation | K |
| 3. | | Tuition obligation | K |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Money Market Accounts | C | Interest | O | T | | | | | |
| 2. J.P. Morgan Money Market | C | Interest | O | T | | | | | |
| 3. JP Morgan High Yield Bond Fund 3580 | E | Dividend | N | T | | | | | |
| 4. JPM US Real Estate Income and Growth Direct LP | D | Distribution | O | T | | | | | |
| 5. | B | Dividend | | | | | | | |
| 6. | D | Interest | | | | | | | |
| 7. JPM Floating Rate Income Fund | E | Dividend | O | T | | | | | |
| 8. Global Access Macro LLC | | None | O | T | | | | | |
| 9. JP Morgan Asia Equity Fund 1134 | | None | | | Sold | 7/6/2012 | L | | |
| 10. JP MorganTR I Fund 992 | D | Dividend | M | T | | | | | |
| 11. JP Morgan International Currency Income Fund | | None | L | T | | | | | |
| 12. JP Morgan Strategic Income Opportunites Fund 3844 | C | Dividend | M | T | | | | | |
| 13. American Century Equity Income Fund 123 | C | Dividend | M | T | | | | | |
| 14. | B | | | | | | | | |
| 15. ishares MSCI All Country Asia Ex Japan Index Fund | A | Dividend | M | T | Buy | 07/11/12 | L | | |
| 16. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 17. Fidelity Spartan NY Muni Income | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Dow Jones US Oil & Gas | A | Dividend | | | Sold | 01/03/12 | M | C | |
| 19. iShares Barclays 20+ years Treasury | C | Dividend | | | Sold (part) | 04/02/12 | M | E | |
| 20. | | | | | Buy (add'l) | 05/01/12 | M | | |
| 21. | | | | | Sold | 09/04/12 | M | D | |
| 22. iShares DJ US Utilities | B | Dividend | | | Sold | 02/01/12 | M | C | |
| 23. Aquila Three Peaks High Income Inst. | D | Dividend | J | T | Buy (add'l) | 01/09/12 | J | | |
| 24. | A | | | | Buy (add'l) | 01/19/12 | K | | |
| 25. | | | | | Sold (part) | 10/18/12 | M | C | |
| 26. Artisan Midcap Value | A | Dividend | J | T | | | | | |
| 27. | A | | | | | | | | |
| 28. Blackrock Global Allocation A (MDLOX) | A | Dividend | | | Sold (part) | 06/05/12 | J | B | |
| 29. | | | | | Sold | 12/12/12 | J | A | |
| 30. Blackrock Global Allocation I (MALOX) | B | Dividend | | | Sold (part) | 06/05/12 | L | B | |
| 31. | | | | | Sold | 12/12/12 | M | E | |
| 32. Fidelity Floating Rate High Income (FFRHX) | D | Dividend | M | T | Buy (add'l) | 02/01/12 | K | | |
| 33. | A | | | | | | | | |
| 34. Fidelity Low Priced Stock (FLPSX) | A | Dividend | L | T | Sold (part) | 01/11/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | C | | | | Sold (part) | 01/19/12 | K | D | |
| 36. | | | | | Sold (part) | 06/04/12 | L | D | |
| 37. Fidelity Mega Cap Stock (FGRTX) | C | Dividend | N | T | Buy (add'l) | 02/02/12 | J | | |
| 38. Hartford Healthcare Fund (HGHAX) | | None | K | T | Sold (part) | 05/22/12 | J | A | |
| 39. Hartford Healthcare Fund I (HGHIX) | | None | L | T | Sold (part) | 02/01/12 | K | D | |
| 40. PIMCO All Asset Fund Adm Class (PAALX) | D | Dividend | N | T | Buy (add'l) | 01/20/12 | K | | |
| 41. | | | | | Buy (add'l) | 02/01/12 | K | | |
| 42. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 43. | | | | | Buy (add'l) | 12/13/12 | L | | |
| 44. Primecap Odyssey Aggressive Growth (POAGX) | | None | K | T | Sold (part) | 01/23/12 | J | A | |
| 45. | | | | | Sold (part) | 02/02/12 | J | A | |
| 46. Primecap Odyssey Stock (POSKX) | B | Dividend | M | T | Buy (add'l) | 09/05/12 | K | | |
| 47. Vanguard Dividend Growth (VDIGX) | D | Dividend | N | T | Buy (add'l) | 01/11/12 | J | | |
| 48. | | | | | Sold (part) | 05/22/12 | J | A | |
| 49. | | | | | Sold (part) | 09/05/12 | K | D | |
| 50. Vanguard GNMA Admiral (VFIJX) | C | Dividend | N | T | Buy | 10/15/12 | N | | |
| 51. | C | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard High Yield Tax Exempt Admiral (VWALX) | B | Dividend | M | T | Buy | 10/18/12 | M | | |
| 53. Vanguard Intermediate Term Investment Grade (VFICX) | B | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 54. | | | | | Sold (part) | 01/10/12 | J | A | |
| 55. | | | | | Merged (with line 56) | 10/18/12 | | | |
| 56. Vanguard Intermediate Term Investment Grade (VFIDX) | D | Dividend | | | Sold | 10/18/12 | M | E | |
| 57. | B | | | | | | | | |
| 58. Vanguard Intermediate Term Tax Exempt (VWIUX) | C | Dividend | N | T | Buy | 06/04/12 | K | | |
| 59. | | | | | Buy (add'l) | 06/05/12 | K | | |
| 60. | | | | | Buy (add'l) | 09/05/12 | K | | |
| 61. | | | | | Buy (add'l) | 10/18/12 | L | | |
| 62. Vanguard Limited Term Tax Exempt (VMLUX) | D | Dividend | N | T | Buy (add'l) | 09/05/12 | K | | |
| 63. | | | | | Buy (add'l) | 10/18/12 | M | | |
| 64. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 65. | | | | | Sold (part) | 01/20/12 | L | A | |
| 66. | | | | | Sold (part) | 10/15/12 | M | C | |
| 67. Vanguard Short Term Investment Grade (VFSTX) | A | Dividend | | | Buy (add'l) | 01/23/12 | J | | |
| 68. | | | | | Buy (add'l) | 08/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Merged (with line 70) | 09/20/12 | | | |
| 70. Vanguard Short Term Investment Grade (VFSUX) | D | Dividend | J | T | Buy | 08/07/12 | J | | |
| 71. | | | | | Sold (part) | 10/15/12 | M | C | |
| 72. | | | | | Sold (part) | 10/18/12 | M | C | |
| 73. iShares MSCI Germany Index (EWG) | | None | M | T | Buy | 11/01/12 | M | | |
| 74. iShares MSCI Austria Investable Market (EWO) | A | Dividend | M | T | Buy | 12/03/12 | M | | |
| 75. iShares MSCI EMU Index (EZU) | A | Dividend | M | T | Buy | 12/03/12 | M | | |
| 76. iShares Barclays 7-10 Year Treasury Bond Fund (IEF) | A | Dividend | | | Buy | 02/01/12 | M | | |
| 77. | | | | | Sold | 03/01/12 | M | | |
| 78. iShares Dow Junes US Telecom (IYZ) | A | Dividend | | | Buy | 08/01/12 | M | | |
| 79. | | | | | Buy (add'l) | 10/01/12 | M | | |
| 80. | | | | | Sold (part) | 09/04/12 | M | A | |
| 81. | | | | | Sold | 11/01/12 | M | | |
| 82. MainStay Marketfield Fund CII (MFLDX) | A | | M | T | Buy | 06/04/12 | K | | |
| 83. | | | | | Buy (add'l) | 06/05/12 | K | | |
| 84. | | | | | Buy (add'l) | 09/11/12 | J | | |
| 85. | | | | | Buy (add'l) | 12/12/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares Dow Jones US Industrial (IYJ) | | None | | | Buy | 02/01/12 | M | | |
| 87. | | | | | Sold | 03/01/12 | M | B | |
| 88. iShares Cohen & Steers Realty ET (ICF | | None | | | Buy | 01/03/12 | M | | |
| 89. | | | | | Sold | 02/01/12 | M | D | |
| 90. IShares Dow Jones US Consumer (IYC) | A | Dividend | | | Buy | 03/01/12 | M | | |
| 91. | | | | | Sold (part) | 07/02/12 | M | D | |
| 92. | | | | | Sold | 07/06/12 | J | A | |
| 93. iShares S&P Global Technologyl (IXN) | | None | | | Buy | 03/01/12 | M | | |
| 94. | | | | | Sold | 05/01/12 | M | C | |
| 95. iShares DJ US Regional Banks ETF (IAT) | A | Dividend | | | Buy | 04/02/12 | M | | |
| 96. | | | | | Buy (add'l) | 09/04/12 | M | | |
| 97. | | | | | Sold (part) | 06/01/12 | M | | |
| 98. | | | | | Sold (part) | 11/01/12 | M | A | |
| 99. | | | | | Sold | 11/06/12 | J | | |
| 100. iShares FTSE NARIET Mortgage Plus C (REM) | D | Dividend | | | Buy | 06/01/12 | M | | |
| 101. | | | | | Sold | 12/03/12 | M | C | |
| 102. iShares Mexico ETF | | None | | | Buy | 07/02/12 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 08/01/12 | M | C | |
| 104. iShares DJ US Healthcare (IHF) | A | Dividend | | | Buy | 09/04/12 | M | | |
| 105. | | | | | Sold | 10/01/12 | M | D | |
| 106. iShares S&P Global Financials ETF (IXG) | | None | | | Buy | 11/01/12 | M | | |
| 107. | | | | | Sold | 12/03/12 | M | A | |
| 108. E-Trade f/k/a WIT Capital | | None | J | T | | | | | |
| 109. ▨▨▨▨▨ Capital Account(investment in law firm) | E | Interest | P1 | U | Buy (add'l) | 01/17/12 | L | | |
| 110. | | | | | Buy (add'l) | 08/31/12 | L | | |
| 111. NY College Savings Program | | None | K | T | | | | | |
| 112. -Moderate Age Based Income Option Portfolio | | | | | | | | | |
| 113. NY College Savings Program | | None | | | Distributed | 11/12/12 | K | D | |
| 114. -Moderate Age Based Conservative Growth Portfolio | | | | | | | | | |
| 115. Vanguard Educational IRA | | None | K | T | | | | | |
| 116. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 117. Vanguard Educational IRA | | None | K | T | | | | | |
| 118. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 119. BlackRock CollegeAdvantage | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -BR Growth Portfolio Option A | | | | | | | | | |
| 121. BlackRock CollegeAdvantage | | None | K | T | | | | | |
| 122. -BR Growth Portfolio Option A | | | | | | | | | |
| 123. B & McG Holdings | | None | M | T | | | | | |
| 124. -Liberty Square | | | | | Sold | 12/31/12 | J | A | |
| 125. -Shelter Venture Fund | | | | | | | | | |
| 126. Special Situations Technology Fund, L.P. | A | Interest | P1 | U | | | | | |
| 127. | C | Dividend | | | | | | | |
| 128. | F | | | | | | | | |
| 129. ▩ Savings Plan | | None | P1 | T | Buy (add'l) | 07/09/12 | K | | |
| 130. -Wells Fargo Money Mkt Fund (x) | | | | | | | | | |
| 131. -Merck common stock | | | | | | | | | |
| 132. -Pfizer common stock | | | | | | | | | |
| 133. ▩ Cash Balance Plan | | None | M | T | Buy (add'l) | 07/26/12 | L | | |
| 134. ▩ Thrift Plan | | None | N | T | Buy (add'l) | 07/09/12 | K | | |
| 135. | | | | | Buy (add'l) | 12/28/12 | K | | |
| 136. ▩ Partners Pension Plan | | None | M | T | Buy (add'l) | 07/26/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.          Supplemental Retirement Fund | | None | P1 | T | Buy (add'l) | 09/24/12 | M | | |
| 138. -Hancock-Tremont Opportunity Insurance Fund | | | | | Sold (part) | 08/23/12 | J | | |
| 139. | | | | | Sold | 12/12/12 | J | | |
| 140. -Hancock-Pimco Vit All Asset Portfolio | | | | | | | | | |
| 141. -Hancock-American International, Capital Research | | | | | | | | | |
| 142. -Hancock- PIMCO Real Return Bond | | | | | | | | | |
| 143. -Hancock-Int'l Growth Stock fka Int'l Opportunities | | | | | | | | | |
| 144. -Hancock-American Growth, Capital Research | | | | | | | | | |
| 145. -Hancock-Real Estate Securities, Deutsche Asset Management | | | | | | | | | |
| 146. -Hancock-Natural Resources, Wellington & RS Investments | | | | | | | | | |
| 147. -Hancock- T. Rowe Price BlueChip Growth | | | | | | | | | |
| 148. -Hancock-Small Cap Growth,Wellington Management | | | | | Buy | 09/27/12 | J | | |
| 149. -Hancock-Fundamental Value, Davis Advisors | | | | | Buy | 09/27/12 | J | | |
| 150. -Hancock-American Growth-Income, Capital Research | | | | | Buy | 09/27/12 | J | | |
| 151. -Hancock-International Growth Stock, Invesco Advisers | | | | | Buy | 11/02/12 | J | | |
| 152. -Hancock-Money Market B | | | | | | | | | |
| 153. -Prudential-Jennison (y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -SP PrudentialUS Emerging Growth (y) | | | | | | | | | |
| 155.  -Prudential -Business Opp. Value (y) | | | | | | | | | |
| 156.  -Prudential-Value Fund (y) | | | | | | | | | |
| 157.  -Prudential-Diversified Bond (y) | | | | | | | | | |
| 158.  -Prudential-AST Small CapValue (y) | | | | | | | | | |
| 159.  -PrudentialGoldman Sachs Structured Small Cap (y) | | | | | | | | | |
| 160.  -Prudential-AST Marisco Cap Growth (y) | | | | | | | | | |
| 161.  -Prudential-T. Rowe Price International (y) | | | | | | | | | |
| 162.  -Prudential-American Century VP Value (y) | | | | | | | | | |
| 163.  -Prudential-Dreyfus Midcap Stock (y) | | | | | | | | | |
| 164.  -Prudential-Money Market | | | | | | | | | |
| 165.  -BlackrockMulti MgrIns DedPartners | | | | | | | | | |
| 166.  -Prudential-AST Large Cap (y) | | | | | | | | | |
| 167.  -Fidelity VIP Money Market Portfoliio Service Class | | | | | | | | | |
| 168.  -AST Pimco Total Return Bond Portfolio | | | | | | | | | |
| 169.  -Common Sense Partners-IDF LP Values | | | | | | | | | |
| 170.  -Janus Overseas Portfolio Values (y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -M Capital Appreciation Fund | | | | | | | | | |
| 172.  -M International Equity Fund | | | | | | | | | |
| 173.  -M Large Cap Growth Fund (y) | | | | | | | | | |
| 174.  -Prudential-Stock Index Portfolio | | | | | | | | | |
| 175.  -Prudential High Yield Bond Portfolio | | | | | | | | | |
| 176.  -PIMCO VIT Real Return Portfolio Admin Class (x) | | | | | | | | | |
| 177.  -PIMCO VIT Commodity Real Return Strategy Portfolio Admin | | | | | | | | | |
| 178.  -DWS Small Cap Index VIP Class B | | | | | | | | | |
| 179.  -DWS Small Cap Value VIP Class B (y) | | | | | | | | | |
| 180.  -BlackRock Value Opportunities V.I. Fund Class I | | | | | | | | | |
| 181.  -Fidelity VIP Contrafund Portfolio Initial Class | | | | | | | | | |
| 182.  -Fidelity VIP Overseas Portfolio Initial Class | | | | | | | | | |
| 183.  -Franklin Global Real Estate Securities Fund Class 1 | | | | | | | | | |
| 184.  -MFS VIT II Value Series Initial Class | | | | | | | | | |
| 185.  -PIMCO All Asset Portfolio Administrative | | | | | | | | | |
| 186.  -T. Rowe Price Equity Income Portfolio | | | | | | | | | |
| 187.  -Royce Cap Fund Small Cap Portfolio Inv. Class (x) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Special Situation Fund III QP, LLP | C | Int./Div. | N | U | | | | | |
| 189. | G | | | | | | | | |
| 190. Merrill Lynch Money Market | A | Int./Div. | K | T | | | | | |
| 191. ▒ Group Trust | | None | N | T | | | | | |
| 192. -Alpine Heritage Offshore Fund. Ltd. | | | | | Buy | 02/01/12 | J | | |
| 193. -Blackrock Asia Pacific Partners (Offshore) Ltd | | | | | Redeemed (part) | 01/30/12 | J | | |
| 194. | | | | | Redeemed (part) | 02/14/12 | J | | |
| 195. | | | | | Redeemed (part) | 03/30/12 | J | | |
| 196. | | | | | Redeemed (part) | 04/30/12 | J | | |
| 197. | | | | | Redeemed (part) | 05/31/12 | J | | |
| 198. | | | | | Redeemed (part) | 07/10/12 | J | | |
| 199. -Blackrock Asia Pacific Partners (Offshore) SPV Ltd. (x) | | | | | Spinoff (from line 193) | 01/1/12 | J | | |
| 200. | | | | | Redeemed (part) | 08/01/12 | J | | |
| 201. | | | | | Redeemed (part) | 09/26/12 | J | | |
| 202. | | | | | Redeemed (part) | 12/21/12 | J | | |
| 203. -Candlewood Structured Credit fund, Ltd. | | | | | Buy | 02/01/12 | J | | |
| 204. -Chatham Asset High Yield Offshore Fund, Ltd. | | | | | Buy | 08/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Cognis I Fund LP | | | | | Redeemed (part) | 03/16/12 | J | | |
| 206. | | | | | Redeemed (part) | 08/30/12 | J | | |
| 207.  -Empire Capital Partners, Ltd. | | | | | Buy | 05/02/12 | J | | |
| 208.  -Energy Solutions, Inc. (x) | | | | | Spinoff (from line 250) | 06/13/12 | J | | |
| 209. | | | | | Redeemed (part) | 09/06/12 | J | | |
| 210.  -Fore Multi-Strategy Offshore Fund Ltd | | | | | | | | | |
| 211.  -Glazer Offshore Fund, Ltd. | | | | | | | | | |
| 212.  -Golden Tree Offshore Fund Ltd | | | | | | | | | |
| 213.  -Highfields Capital IV LP | | | | | | | | | |
| 214.  -Hudson Bay Overseas Fund Ltd | | | | | | | | | |
| 215.  -Indus Asia Pacific Fund Ltd | | | | | | | | | |
| 216.  -Indus Asia Pacific Distribution Holding Co. Ltd | | | | | Redeemed (part) | 04/16/12 | J | | |
| 217. | | | | | Redeemed (part) | 10/05/12 | J | | |
| 218. | | | | | Redeemed | 10/17/12 | J | | |
| 219.  -Lakeview Opportunity Fund Ltd. | | | | | Redeemed (part) | 02/16/12 | J | | |
| 220. | | | | | Redeemed (part) | 05/04/12 | J | | |
| 221. | | | | | Redeemed (part) | 05/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Redeemed (part) | 08/23/12 | J | | |
| 223. | | | | | Redeemed (part) | 12/07/12 | J | | |
| 224. -Lone Dragon Pine LP | | | | | Redeemed (part) | 01/19/12 | J | | |
| 225. | | | | | Redeemed | 02/27/12 | J | | |
| 226. -Lone Pinion Ltd. | | | | | | | | | |
| 227. -Lone Spruce LP | | | | | | | | | |
| 228. -Mainstay Marketfield Fund | | | | | Buy | 11/07/12 | J | | |
| 229. -Malta Offshore, Ltd. | | | | | | | | | |
| 230. -Manatuck Hill Navigator Offshore Fund, Inc. | | | | | | | | | |
| 231. -Millenium International Ltd | | | | | | | | | |
| 232. -MKP Opportunity Offshore Ltd | | | | | | | | | |
| 233. -OSS Overseas LTD | | | | | | | | | |
| 234. -Pennant Onshore Partners LP | | | | | | | | | |
| 235. -Pennant Windward Ltd | | | | | | | | | |
| 236. -Ramius Lehman International SPV | | | | | Redeemed (part) | 03/06/12 | J | | |
| 237. -Restoration Offshore Fund LTD | | | | | Redeemed (part) | 04/27/12 | J | | |
| 238. | | | | | Redeemed (part) | 07/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Seer Capital Partners Offshore Fund Ltd. | | | | | | | | | |
| 240. -Seix Credit Opportunities Offshore Fund Ltd | | | | | Redeemed | 01/25/12 | J | | |
| 241. -Spruce Absolute Return Fund LP | | | | | Buy | 01/03/12 | J | | |
| 242. | | | | | Buy (add'l) | 09/01/12 | J | | |
| 243. -Spruce Absolute Return Fund (Offshore) Ltd. | | | | | | | | | |
| 244. -Spruce Global Equity Fund LP | | | | | Buy | 09/01/12 | J | | |
| 245. -Spruce Global Equity Fund (Offshore) Ltd | | | | | | | | | |
| 246. -Spruce Real Assets Fund LP | | | | | Buy | 09/01/12 | J | | |
| 247. -Spruce Real Assets Fund (Offshore) Ltd | | | | | | | J | | |
| 248. -Steelhead Pathfinder Fund Ltd. | | | | | Buy | 11/01/12 | J | | |
| 249. -Sunbeam Opportunities Offshore SA | | | | | Redeemed | 10/16/12 | J | | |
| 250. -ValueAct Small Cap International LP | | | | | Redeemed (part) | 02/17/12 | J | | |
| 251. -Vanguard Short Term Investment Grade Fund | | | | | Redeemed (part) | 07/24/12 | J | | |
| 252. | | | | | Redeemed (part) | 11/08/12 | J | | |
| 253. | | | | | Redeemed (part) | 12/06/12 | J | | |
| 254. -Woodbine Capital Fund Ltd | | | | | Redeemed (part) | 01/19/12 | J | | |
| 255. | | | | | Redeemed | 03/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -York Total Return Unit Trust | | | | | Redeemed (part) | 01/20/12 | J | | |
| 257. | | | | | Redeemed | 05/22/12 | J | | |
| 258. -JP Morgan Trust Co. of Delaware deposit account | | | | | | | | | |
| 259. AutoNation common stock | | None | K | T | | | | | |
| 260. Akami Technology common stock | | None | J | T | | | | | |
| 261. MooreAcre/Blackacre ███ REIT | | None | J | T | | | | | |
| 262. MooreAcre/Blackacre ███ Inc. REIT | | None | J | T | | | | | |
| 263. BCM/CHI Eden Roc, Inc. REIT | | None | J | T | | | | | |
| 264. BCM/CHI Kapalua, Inc. REIT | | None | J | T | | | | | |
| 265. CollegeBound Fund (Alliance-RI) | | None | K | T | | | | | |
| 266. -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |
| 267. CollegeBound Fund (Alliance-RI) | | None | K | T | | | | | |
| 268. -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |
| 269. Prudential Money Market | | | | | Closed | | | | |
| 270. Northwestern Mutual Whole Life Ins. Policy | | None | N | T | | | | | |
| 271. Mt. Kellett Capital Partners II LP | G | Distribution | P1 | U | Buy (add'l) | 03/01/12 | J | | |
| 272. | | | | | Buy (add'l) | 05/31/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 09/17/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout Part VII, where column B1 is filled in, and column B2 is left blank, this indicates that the income in question is capital gains. This applies to the entry for "MainStay Marketfiled Fund CII (MDFLDX), line 82 of this report (the "Amended 2012 report"), and this responds to the question in paragraph 1 of the letter dated September 13, 2013 ("Inquiry Letter").

Part VII On my report dated August 3, 2012 ("2011 report"), I inadvertently reported the same investment twice: JPM TR I Tax Aware Real Return Fund (line 4 of the 2011 report) is the same as JP Morgan TR I Fund 992 (line 12 of the 2011 report). For 2012 therefore I am only reporting JP Morgan TR I Find 992 (line 10 of this report).

Part VII Vanguard Intermediate Term Investment Grade (VIFCX), reported at line 99 of the 2011 report, was converted to Vanguard Intermediate Term Investment Grade (VFIDX), a different class of the same fund, on September 18, 2012. There was no gain or loss as a result of this conversion. I reported this as a merger.

Part VII Vanguard Short Term Investment Grade (VFSTX), reported at line 108 of my 2011 report, was converted to Vanguard Short Term Investment Grade (VFSUX) on September 20, 2012. There was no gain or loss as a result of this conversion. I reported this as a merger.

Part VII Putnam College Fund (lines 156-159 of the 2011 report) - management of this fund has changed and it is reported here as BlackRock CollegeAdvantage (lines 118-121).

Part VII, line 109, column D-this transaction is _____ annual capital contribution to _ law firm. It is an investment in the firm, not an account in a _ financial institution. This responds to the question about this entry in the Inquiry Letter.

Part VII, Line 129- _ Savings Plan-the investment in the _ Savings Plan is partly invested in the securities shown on the report and partially in the _ Group Trust.

Part VII, Lines 133-136-the _ Cash Balance Plan and Partners Pension Plan are invested in the same manner as the _ Group Trust. The _ Thrift Plan is partially invested in the _ Group Trust and partially in T. Rowe Price US Treasury Money Fund (a money market fund). This responds to the question about this in the first paragraph of the second page of the Inquiry Letter.

Part VII, lines 191-258 - _ Group Trust

With respect to the _ Group Trust and the _ Supplemental Retirement Fund (Part VII, Lines 137-187), these are retirement plans in which _____ has an interest, and which were established by the law firm of which _ is a member. Each of these is an aggregate ownership arrangement, and therefore I have reported the gross value of his interest in each of these plans, and have also reported the assets within the aggregate ownership arragement. From time to time, _ interest in these aggregate ownership arrangements may be reallocated to different assets, either at _ direction (in the case of the _ Supplemental Retirement Plan), or because the plan purchases or sells investments. I have reported these reallocations as purchases and sales, though they are not actually purchases or sales _. There is no gain or loss to _____ resulting from these reallocations, and therefore I have left this column blank.

In years prior to 2009, I reported the investment allocations in the _ Group Trust because _____ was a member of the committee that guided investments in that Trust. During 2009, _____ was not a member of the firm, nor was _ a member of that that investment committee, and had no control over the financial interests in that Trust. Therefore, because the _ Group Trust is a Widely Held Investment Fund (see Filing Instructions, p. 55), I did not report the individual assets owned by that Trust for 2009. On January 19, 2010, he rejoined _____ and rejoined the firm's investment committee. For this reason, I have reported the assets owned by the Trust for 2012.

Part VII, line 269-Prudential Money Market-this money market account was closed in a prior year.

Part VII, lines 271-273-with respect to _____ investment in Mount Kellett Captial Partners, the partnership from time to time makes distributions to investors that are immediately reinvested pursuant to a concurrent capital call, with no funds received by the investor. These reinvested distributions are akin to dividends which are reinvested, and therefore I have not reported the reinvestments as transactions in Column D, though I have reported the distributions in column B.

With respect to my reporting concerning the _ Supplemental Retirement Fund (Part VII, lines 174-221 of the 2011 report, and Part VII, lines 137-187 of the Amended 2012 Report), the following should be noted:

Hancock-American International, Capital Research (line 141 of the Amended 2012 report) was formerly identified as Hancock-American International (line 177 of 2011 report)

Hancock-PIMCO Real Return Bond (line 142 of the amended 2012 report) was formerly identified as Hancock-Real Return Bond (line 178 of 2011 report).

Hancock-American Growth, Capital Research (line 144 of amended 2012 report) was formerly identified as Hancock-American Growth (line 180 of 2011 report)

Hancock-Real Estate Securities, Deutsche Asset Management line 145 of Amended 2012 report was formerly identified as Hancock-Real Estate Securities (line 181 of 2011 report)

Hancock-Natural Resources, Wellington & RS Investments (line 146 of Amended 2012 report) was formerly identified as Hancock-Natural Resources (line 182 of 2011 report)

Hancock-T. Rowe Price Blue Chip Growth (line 147 of Amended 2012 report) was formerly identified as Hancock Blue Chip Growth (line 183 of 2011 report)

Fidelity VIP Money Market Portfolio Service Class (line 167 of Amended 2012 report) was formerly identified as Fidelity VIP Money Market Portfolio (line 200 of 2011 Report)

| Name of Person Reporting | Date of Report |
| --- | --- |
| Craig, Carla E. | 10/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AST Pimco Total Return Bond Portfolio (line 168 of amended 2012 report) was formerly identified as AST Pimco Total Return Bond Portfolio Values (line 202 of 2011 report)

Prudential- Stock Index Portfolio (line 174 of amended 2012 report) was formerly identified as Stock Index Fund (line 210 of 2011 report) and was erroneously reported as sold in 2011.

PIMCO VIT Commodity RealReturn Strategy Admin Class (line 177 of amended 2012 report) was formerly identified as PIMCO VIT Commodity RealReturn Admin Class (line 212 of 2011 report)

MFS VIT II Value Series Initial Class (line 184 of the amended 2012 report) was previously identified as MFS Value Portfolio I Class (line 219 of 2011 report)

Except as otherwise noted above, investments in the ▮ Supplemental Retirement Fund marked with (y) were sold in 2011, and investments marked with (x) were acquired in 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 10/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla E. Craig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544